UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
G AND P WAREHOUSE, INC.
t/a FOODNATION PRODUCE
DISTRIBUTORS,

                Plaintiff,

-against-

CHO'S CHURCH AVE FRUIT MARKET INC.,
CHONG CHOL NOM and CHAN HUI CHO,

                Defendants.
---------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 30 2016 ★

BROOKLYN OFFICE

ORDER
15-CV-6174 (NG)(CLP)

**GERSHON, United States District Judge:**

Finding no clear error in the unopposed Report and Recommendation ("R&R") of Magistrate Cheryl L. Pollak dated August 12, 2016 regarding the entry of default judgment and the scope of relief to be awarded to plaintiff G and P Warehouse, Inc., I adopt the R&R. As recommended by Judge Pollak, plaintiff's motion for default judgment is hereby granted and plaintiff is awarded a total amount of $39,959.91, representing: (1) sums owed under invoices in the amount of $30,456.00, (2) prejudgment interest through the date of the R&R in the amount of $5,052.41, (3) attorneys' fees in the amount of $4,051.50 and (4) $400.00 in costs. Judge Pollak has carefully reviewed and explained the applicable considerations in reaching her recommendation.

The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

/s/ Nina Gershon
_____
NINA GERSHON
United States District Judge

Dated: September 29, 2016
Brooklyn, New York